*Exhibit A*



# COMMONWEALTH of VIRGINIA
## Secretary of the Commonwealth

POST OFFICE BOX 2452                                              RICHMOND, VIRGINIA 23218-2452

## NOTICE OF SERVICE OF PROCESS

Equifax Information Services, LLC                              7/19/2024
2 Sun Court
Suite 400
Peachtree Corners, GA 30092

Marquise D. Carter

vs.

Equifax Information Services, LLC

**Warrant**

Dear Sir/Madam:

You are being served with the enclosed notice under section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process.

If you have any questions about the matter, PLEASE contact the CLERK of the enclosed/below mentioned court or any attorney of your choice. Our office does not accept payments on behalf of debts. The Secretary of the Commonwealth's ONLY responsibility is to mail the enclosed papers to you.

COURT:

Prince William County General District Court
9311 Lee Avenue
Manassas, VA 20110

Service of Process Clerk
Secretary of the Commonwealth's Office

# AFFIDAVIT FOR SERVICE OF PROCESS ON THE SECRETARY OF THE COMMONWEALTH

Case No. .................................................

Commonwealth of Virginia    Va. Code §§ 8.01-301, -329; 55.1-1211; 55.1-1401; 57-51

Prince William County ........................ District Court

Maurice DiCiccio
12850 Bayside Ave Apt 11
Woodbridge, VA 22191

v.

Equifax Information Services LLC
1550 Peachtree Street, NW
Atlanta, GA 30309-2402

TO THE PERSON PREPARING THIS AFFIDAVIT: You must comply with the appropriate requirements listed on the back of this form.

Attachments: [ ] Warrant   [ ] Motion for Judgment   [ ] ..........................

I, the undersigned Affiant, state under oath that:

[✓] the above-named defendant   [ ] ..........................
whose last known address is: [ ] same as above [✓] ... 2 Sun Court, Suite 400
Peachtree Corners, GA 30092

1. [✓] is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A) applies (see NON-RESIDENCE GROUNDS REQUIREMENT on reverse).

2. [ ] is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE REQUIREMENT on reverse) and that

.................... is the return date on the attached warrant, motion for judgment or notice (see TIMELY SERVICE REQUIREMENT on reverse).

7/3/2024
DATE

[✓] PARTY   [ ] PARTY'S ATTORNEY   [ ] PARTY'S AGENT

State of .....................................   [ ] City [ ] County of .....................................

Acknowledged, subscribed and sworn to before me this ........... day of .................., 20 .......

ACB
NOTARY REGISTRATION NUMBER       [✓] CLERK [ ] MAGISTRATE [ ] NOTARY PUBLIC (My commission expires ..................)

[ ] Verification by the clerk of the court of the date of filing of the certificate of compliance requested. A self-addressed stamped envelope was provided to the clerk at the time of filing of this Affidavit.

NOTICE TO THE RECIPIENT from the Office of the Executive Secretary of the Commonwealth of Virginia:
You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY responsibility is to mail, by certified mail, return receipt requested, the enclosed papers to you. If you have any questions concerning these documents, you may wish to seek advice from a lawyer.
SERVICE OF PROCESS IS EFFECTIVE ON THE DATE WHEN SERVICE IS MADE ON THE SECRETARY OF THE COMMONWEALTH.

## CERTIFICATE OF COMPLIANCE

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1. On **JUL 18 2024**, legal service in the above-styled case was made upon the Secretary of the Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.

2. On **JUL 22 2024**, papers described in the Affidavit and a copy of this Affidavit were forwarded by certified mail, return receipt requested, to the party designated to be served with process in the Affidavit.

SERVICE OF PROCESS CLERK, DESIGNATED BY THE AUTHORITY OF THE SECRETARY OF THE COMMONWEALTH

FORM DC-410 FRONT 10/19  (A242549 02/24)

**TIMELY SERVICE REQUIREMENT:**

Service of process in actions brought on a warrant or motion for judgment pursuant to Virginia Code § 16.1-79 or § 16.1-81 shall be void and of no effect when such service of process is received by the Secretary within ten days of any return day set by the warrant. In such cases, the Secretary shall return the process or notice, the copy of the affidavit, and the prescribed fee to the plaintiff or his agent. A copy of the notice of the rejection shall be sent to the clerk of the court in which the action was filed.

**NON-RESIDENCE GROUNDS REQUIREMENT:**
If box number 1 is checked, insert the appropriate subsection number:

A court may exercise personal jurisdiction over a person, who acts directly or by an agent, as to a cause of action arising from the person's:

1. Transacting any business in this Commonwealth;
2. Contracting to supply services or things in this Commonwealth;
3. Causing tortious injury by an act or omission in this Commonwealth;
4. Causing tortious injury in this Commonwealth by an act or omission outside this Commonwealth if he regularly does or solicits business, or engages in any other persistent course of conduct, or derives substantial revenue from goods used or consumed or services rendered in this Commonwealth;
5. Causing injury in this Commonwealth to any person by breach of warranty expressly or impliedly made in the sale of goods outside this Commonwealth when he might reasonably have expected such person to use, consume, or be affected by the goods in this Commonwealth, provided that he also regularly does or solicits business, or engages in any other persistent course of conduct, or derives substantial revenue from goods used or consumed or services rendered in this Commonwealth;
6. Having an interest in, using, or possessing real property in this Commonwealth;
7. Contracting to insure any person, property, or risk located within the Commonwealth at the time of contracting; or
8. (ii). Having been ordered to pay spousal support or child support pursuant to an order entered by any court of competent jurisdiction in this Commonwealth having in personam jurisdiction over such person.
9. Having incurred a liability for taxes, fines, penalties, interest, or other charges to any political subdivision of the Commonwealth.

**DUE DILIGENCE REQUIREMENT:**

If box number 2 is checked, the following provision applies:

When the person to be served is a resident, the signature of an attorney, party or agent of the person seeking service on such affidavit shall constitute a certificate by him that process has been delivered to the sheriff or to a disinterested person as permitted by § 8.01-293 for execution and, if the sheriff or disinterested person was unable to execute such service, that the person seeking service has made a bona fide attempt to determine the actual place of abode or location of the person to be served.

FORM DC-410 REVERSE 11/07   (A242549 02/24)

# WARRANT IN DEBT (CIVIL CLAIM FOR MONEY)

Commonwealth of Virginia     VA. CODE § 16.1-79

PRINCE WILLIAM COUNTY ............... General District Court
CITY OR COUNTY

9311 Lee Ave., Manassas, VA 20110-5586
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summons the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on AUG 29 2024 1pm ........ to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

7-12-2024 ............ /s/ ............
DATE ISSUED     [ ] CLERK  [X] DEPUTY CLERK  [ ] MAGISTRATE

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of
$ 25,000.00 net of any credits, with interest at 10.00 % from date of ............ until paid,
$ ........ costs and $ ........ attorney's fees with the basis of this claim being

[ ] Open Account  [ ] Contract  [ ] Note  [X] Other (EXPLAIN)
MULTIPLE VIOLATIONS OF THE FCRA, FDCPA AND VDCA.

HOMESTEAD EXEMPTION WAIVED? [ ] YES [X] NO [ ] cannot be demanded

7/1/2024 ............ Marquise Carter ............
DATE        [X] PLAINTIFF  [ ] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S EMPLOYEE/AGENT

## CASE DISPOSITION

JUDGMENT against [ ] named Defendant(s) [ ] ............
for $ ............ net of any credits, with interest at ......... % from date
of ......... until paid, $ ......... costs and $ ......... attorney's fees
[ ] and $ ......... costs for Servicemember Civil Relief Act counsel fees
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CAN NOT BE DEMANDED
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] ............

[ ] NON-SUIT  [ ] DISMISSED ............
Defendant(s) Present: [ ] NO [ ] YES ............

............ ............
DATE     JUDGE

FORM DC-412 (FRONT) 10/22

---

CASE NO. GV24011672-00

Carter, Marquise D.
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

1290 Bayside Ave. Apt. 11
ADDRESS
Woodbridge, VA 22191
(703) 296-7195

v.

Equifax Information Services, LLC
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

1550 Peachtree Street, N.W.
ADDRESS
Atlanta, GA 30309-2402

## WARRANT IN DEBT

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice of the reverse about requesting a change of trial location.

[ ] To dispute this claim, you must appear on the return date to try this case.

[ ] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars ............ ............
                        ORDERED        DUE

Grounds of Defense ............ ............
                        ORDERED        DUE

ATTORNEY FOR PLAINTIFF(S)
............
............

ATTORNEY FOR DEFENDANT(S)
............
............

---

**HEARING DATE AND TIME**

AUG 29 2024 1pm

............
............
............
............

**JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.**

............
DATE
............
CLERK

**DISABILITY ACCOMMODATIONS**
for loss of hearing, vision, mobility, etc., contact the court ahead of time.

**RETURNS:** Each defendant was served according to law, as indicated below, unless not found.

| | | |
|---|---|---|
| NAME Equifax Information Services, LLC c/o: Corporation Service Company ADDRESS 2 Sun Court, Suite 400 Peachtree Corners, GA 30092 | NAME .................... ADDRESS .................... | NAME .................... ADDRESS .................... |
| [ ] PERSONAL SERVICE  Tel. No. ........ | [ ] PERSONAL SERVICE  Tel. No. ........ | [ ] PERSONAL SERVICE  Tel. No. ........ |
| Being unable to make personal service, a copy was delivered in the following manner: | Being unable to make personal service, a copy was delivered in the following manner: | Being unable to make personal service, a copy was delivered in the following manner: |
| [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above. | [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above. | [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above. |
| [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) | [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) | [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) |
| [ ] Served on Secretary of the Commonwealth | [ ] Served on Secretary of the Commonwealth | [ ] Served on Secretary of the Commonwealth |
| [ ] NOT FOUND | [ ] NOT FOUND | [ ] NOT FOUND |
| SERVING OFFICER .................... for ........ DATE | SERVING OFFICER .................... for ........ DATE | SERVING OFFICER .................... for ........ DATE |

**OBJECTION TO VENUE:**
To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

7/1/2024
DATE          Marquise Carter (signature)
              [X] Plaintiff
              [ ] Plaintiff's Atty.
              [ ] Plaintiff's Agent

Fi. Fa. issued on ....................
Interrogatories issued on: ....................
Garnishment issued on ....................

FORM DC-412, DC-414, DC-428 (REVERSE) REVISED 07/04

File No. _____

## AFFIDAVIT FOR WARRANT IN DEBT
PRINCE WILLIAM COUNTY GENERAL DISTRICT COURT

**Plaintiff(s) Name(s) and Address**
Marquise D. Carter
1290 Bayside Ave. Apt. 11
Woodbridge, VA 22191
(703) 296-7195

v

**Defendant(s) Name(s) and Address**
Equifax Information Service, LLC
1550 Peachtree Street NW
Atlanta, GA 30309-2402

THIS DAY, the undersigned affiant personally appeared before me a Notary Public, in and for the Commonwealth of Virginia or an officer of the aforementioned Court, and upon being duly sworn, deposes and says that he is the Plaintiff (or the duly authorized Agent of the Plaintiff), and having personal knowledge of the facts hereinafter set forth, states that the said Defendant(s) is/are justly indebted to the said Plaintiff(s) in the amount of

$ 25,000.00 with interest thereon from the 2 day of July 2024, at 10 % and $ _____ Attorney's fees; which sum is due by virtue of:

Multiple violations of the FCRA, FDCPA and VDCA concerning Plaintiff

and that the whole of said amount is now due and owing; that said Plaintiff(s) has/have a just right to recover the said amount from the said Defendant(s), exclusive of all set-offs and just grounds of defense and that to the best of the Affiant's knowledge and belief, none of the Defendants is incompetent, is a minor or is an active duty member of any branch of the Armed Forces of the United States of America.

[ ] Plaintiff's Agent
[X] Plaintiff

Marquise D. Carter
Print or Type Affiants Name

_Marquise Carter_
Signature of Affiant

SUBSCRIBED AND SWORN TO BEFORE ME THIS DAY.

7/3/24
DATE

AcB
[ ] Clerk    [ ] Magistrate    [ ] Judge
[X] Deputy Clerk    [ ] Notary
My Commission Expires

Form 114 (1-10)
31° Magistrates

**PETITION FOR PROCEEDING IN CIVIL CASE WITHOUT PAYMENT OF FEES OR COSTS**
COMMONWEALTH OF VIRGINIA    VA. CODE §§ 16.1-69.48:4; 17.1-606

Case No. GV24011672-00

Prince William County

[ ] Juvenile & Domestic Relations District Court
[X] General District Court

Marquise D. Carter    v.    Equifax Information Services, LL

The undersigned petitioner(s) request the court to permit the petitioner(s) to sue or defend a civil case in this court without the payment of fees or costs and to have from all officers all needful services and process. In support of the petition, the petitioner(s) state that the following information is true:

[X] I currently receive the following type(s) of public assistance in Prince William County
                                                                                        CITY/COUNTY

[ ] TANF $ ..............    [X] Medicaid    [ ] Supplemental Security Income $ ..............
[X] SNAP (food stamps) $ 291    [ ] Other (specify type and amount) ..............
[ ] I currently do not receive public assistance.
[ ] I am represented in this matter by a legal aid society, an attorney appearing as counsel pro bono, or an attorney assigned to me or referred by a legal aid society.

Names and address of employer(s) for myself and spouse:
Self Unemployed
Spouse ..............

RECEIVED JUL 0 2 2024 BY PRINCE WILLIAM GDC

**NET INCOME:**                                                                  Self         Spouse
Pay period (weekly, every second week, twice monthly, monthly) ......    0.00
Net take home pay (salary/wages, minus deductions required by law and tax withholdings)    $0.00
Other income sources (please specify)
..............    $0.00

TOTAL INCOME    $0.00    +    ..............    =    [COURT USE ONLY]    A

**LIQUID ASSETS:**
Cash on hand ..............    $0.00
Bank Accounts at: ..............    $0.00
Any other liquid assets: (please specify)
..............    with a value of    $0.00

TOTAL ASSETS    $0.00    +    ..............    =    [COURT USE ONLY]    B

.......... Number in household I have financial responsibility for, including myself.

**EXCEPTIONAL EXPENSES** (Total Exceptional Expenses of Family)
Medical Expenses (list only unusual and continuing expenses) ..............    $0.00
Court-ordered support payments/alimony ..............    $0.00
    [ ] deducted from paycheck   [ ] not deducted from paycheck
Child-care payments (e.g. day care) ..............    $0.00
Other (describe): ..............
..............    } $0.00

TOTAL EXPENSES    $0.00    =    [COURT USE ONLY]    C

COLUMN "A" plus COLUMN "B" minus COLUMN "C" equals available funds    =    [ ]

FORM DC-409 (MASTER, PAGE ONE OF TWO) 07/21

ACKNOWLEDGEMENT

I understand that the court cannot provide me with legal advice, and that it may be advisable to get advice from a lawyer.

7/2/2024 _Marquise Carter_    Marquise D. Carter
DATE    SIGNATURE – PETITIONER    PRINT NAME – PETITIONER

1290 Bayside Ave. Apt. 11, Woodbridge, VA 22191
RESIDENCE ADDRESS OF PETITIONER

_____    _____
SIGNATURE – PETITIONER    PRINT NAME – PETITIONER

_____
RESIDENCE ADDRESS OF PETITIONER

## ORDER

[X] The petition is granted. ......................................................................................................................

[ ] The petition is denied. .......................................................................................................................

7/2/24    _/s/_
DATE    JUDGE

Marquise D. Carter
1290 Bayside Ave. Apt. 11
Woodbridge, VA 22191



CERTIFIED MAIL

7021 0950 0000 1454 7544

Equifax Information Services, LLC
c/o: Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

3009232865 C015