IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MARQUISE D. CARTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendant. | Case No. 1:24-cv-01445 |

## NOTICE OF SETTLEMENT

COME NOW, Defendant Equifax Information Services, LLC ("Equifax"), and hereby notifies the Court that *pro se* Plaintiff Marquise D. Carter and Equifax have reached a settlement in principle as to Plaintiff's allegations against Equifax, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Defendant Equifax. Equifax requests that the Court vacate all pending deadlines in this matter as to Equifax only. Equifax also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

DATED:  August 26, 2024

Respectfully submitted,

TRAYLOR, MONTGOMERY & ELLIOTT, PC

By: */s/ John W. Montgomery, Jr.*
　　John W. Montgomery, Jr.
　　VSB No. 37149
　　Counsel for Equifax Information Services, LLC
　　Traylor, Montgomery & Elliott, PC
　　130 E. Wythe Street
　　Petersburg, VA 23803
　　Telephone:  (804) 861-1122
　　Facsimile:  (804) 733-6022
　　jmontgomery@tmande.com

313307550v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2024, I presented the foregoing NOTICE OF SETTLEMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

> Marquise D. Carter
> 1290 Bayside Ave., Apt. 11
> Woodbridge, VA  22191
> Telephone:  (703) 296-7195

> */s/ John W. Montgomery, Jr.*
> John W. Montgomery, Jr.
> *Counsel for Defendant*
> *Equifax Information Services LLC*

313307550v.1