IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MARQUISE D. CARTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendant. | Case No. 1:24-cv-01445 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Marquise D. Carter, and Defendant Equifax Information Services LLC ("Equifax") that the above-titled action is hereby dismissed with prejudice as to Defendant Equifax. Each party will bear their own costs and attorney's fees.

DATED:  August 26, 2024

PRO SE PLAINTIFF

By: _____
　　Marquise D. Carter
　　1290 Bayside Ave., Apt. 11
　　Woodbridge, VA  22191
　　Telephone:  (703) 296-7195

*Pro Se Plaintiff*

Respectfully submitted,

TRAYLOR, MONTGOMERY & ELLIOTT, PC

By: */s/ John W. Montgomery, Jr.*
　　John W. Montgomery, Jr., VSB No. 37149
　　jmontgomery@tmande.com
　　Traylor, Montgomery & Elliott, PC
　　130 E. Wythe Street
　　Petersburg, VA 23803
　　Telephone:  (804) 861-1122
　　Facsimile:  (804) 733-6022

*Counsel for Defendant*
*Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, I presented the foregoing STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

>Marquise D. Carter
>1290 Bayside Ave., Apt. 11
>Woodbridge, VA  22191
>Telephone:  (703) 296-7195

>*/s/ John W. Montgomery, Jr.*
>John W. Montgomery, Jr.
>*Counsel for Defendant*
>*Equifax Information Services LLC*

313307594v.1